

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00046-CV

**UNIVISION RADIO CORPORATION**,
Appellant

v.

Angel **SUAREZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-21079
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: July 31, 2019

DISMISSED

Appellant Univision Radio Corporation filed a motion to dismiss this appeal. Appellee

Angel Suarez has not opposed the motion. Therefore, we grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM